**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>　　　　Defendant. | **Civil Action No. 08-10002-RCL** |

**CERTIFICATION OF PLAINTIFF COMMONWEALTH OF MASSACHUSETTS PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certifies that Plaintiff Commonwealth of Massachusetts has conferred with counsel (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


　　　　　　　　　　　　　　　　COMMONWEALTH OF MASSACHUSETTS,

　　　　　　　　　　　　　　　　MARTHA COAKLEY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　/s/ Zoë Stark
　　　　　　　　　　　　　　　　Zoë Stark, BBO #658985
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 727-2200
　　　　　　　　　　　　　　　　zoe.stark@state.ma.us

## **CERTIFICATE OF SERVICE**

      I hereby certify this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants by first class mail on March 12, 2008.

                                      ____/s/ Zoë Stark_____