# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Commonwealth of Massachusetts,</u>
     **Plaintiff(s),**

**V.**

**CIVIL ACTION**

**NO. <u>08-10002 FDS</u>**

<u>Equity Residential Management,</u>
     **Defendant(s),**

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The  Court having been advised on <u>    September 3, 2009              </u>
that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.


**By the Court,**


<u>    September 3,  2009    </u>           <u>    /s/ Martin Castles      </u>
       **Date**                        **Deputy Clerk**