UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS,

   Plaintiff,

v.

EQUITY RESIDENTIAL
MANAGEMENT, LLC,

   Defendant.

Civil Action No. 1:08-cv-10002-RCL

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Commonwealth of Massachusetts and the Defendant Equity Residential Management, LLC stipulate that this matter is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| COMMONWEALTH OF MASSACHUSETTS, | EQUITY RESIDENTIAL MANAGEMENT, LLC, |
|---|---|
| MARTHA COAKLEY, ATTORNEY GENERAL, | By its attorney, |
| /s/ Maura T. Healey | /s/ Christa von der Luft |
| Maura T. Healey (BBO #640856) Assistant Attorney General Civil Rights Division Office of the Attorney General One Ashburton Place Boston, MA 02108 (617) 727-2200 | Christa von der Luft (BBO #600362) Nutter, McClennen & Fish, LLP World Trade Center West 155 Seaport Boulevard Boston, MA 02110 (617) 439-2627 |

Dated: December 8, 2009

1879979.1